KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALID YOUSEF OBEID,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director fo the California Service Center,<br><br>  Defendants. | No. C 06-5414 SC<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of the case management conference in light of the reasonable likelihood that this case may be administratively resolved and that the case may be moot.

1. The plaintiff filed a mandamus complaint on September 1, 2006, asking this Court to direct the United States Citizenship and Immigration Services to adjudicate plaintiff's application for naturalization.

Stipulation to Extend Date of CMC
C 06-5414 SC

2. The defendants filed and served an answer to the complaint on November 14, 2006.

3. A case management conference is currently scheduled for December 1, 2006.

4. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 60 days and that the case will be moot.

5. Accordingly, the parties respectfully ask this Court to extend the date of the Case Management Conference by 60 days.

6. If the case becomes moot, the parties will file a stipulation to dismiss.  If the case if not administratively resolved, the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Date: November 27, 2006　　　　　　　　　　Respectfully submitted,

KEVIN V. RYAN
United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

　　　　　　　　　　　　　　　　　　　　　　/s/
Date: November 27, 2006　　　　　　　　　　ROBERT L. VOLZ
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.   and over to January 26, 2007 at 10:00 A.M. for Case Management Conference.

Date:    11/29/06

SAMUEL CONTI
United States Judge

IT IS SO ORDERED
Judge Samuel Conti

Stipulation to Extend Date of CMC
C 06-5414 SC