```
 1  SCOTT N. SCHOOLS, SCSBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-6915
      FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALID YOUSEF OBEID,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALBERTO GONZALES, Attorney General<br>of the United States, *et al.*,<br><br>　　　　Defendants. | No. C 06-5414-JL<br><br>**STATUS REPORT AND JOINT REQUEST TO EXTEND DATE OF CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER**<br><br>Date:　June 13, 2007<br>Time:　10:30 a.m. |

The parties to the above-entitled action hereby submit this status report and joint request to extend the date of the case management conference in the above-entitled matter.

### BACKGROUND

The plaintiff is a lawful permanent resident of the United States. He filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on September 27, 2002. The USCIS interviewed the plaintiff on his naturalization application on August 5, 2003. The USCIS has not yet adjudicated the plaintiff's naturalization application.

The plaintiff filed a mandamus complaint on September 1, 2006, asking this Court to direct the USCIS to adjudicate the plaintiff's application for naturalization within 20 days. The defendants filed and served an answer to the complaint on November 14, 2006. A case management

conference was held on March 7, 2007.[1]  At that time, this Court scheduled a further case management conference for June 13, 2007, at 10:30 a.m.

## STATUS REPORT

Counsel for the defendants, Assistant United States Attorney Edward A. Olsen, was informed by the Federal Bureau of Investigation (FBI) on May 9, 2007, that the FBI had completed the name check for the plaintiff and that the name check result was being forwarded by the FBI to USCIS. As of June 6, 2007, USCIS – San Francisco had not yet received the name check result from the FBI.  Both USCIS and counsel for defendants are attempting to figure out why USCIS has not yet received the name check, and anticipate that through their efforts the USCIS – San Francisco will receive the name check result shortly.

**JOINT REQUEST TO EXTEND THE DATE OF THE CASE MANAGEMENT CONFERENCE**

In light of the fact that the parties believe that USCIS will shortly have the name check result from the FBI and that this case may soon be moot, the parties respectfully ask this Court to extend the date of the case management conference by an additional 60 days.  If the case does not become moot, the parties will file a supplemental joint case management conference 7 days in advance of the re-scheduled case management conference.

---

[1] The case management conference was originally scheduled for December 1, 2006.  In light of the reasonable likelihood that this case could be administratively resolved within sixty days, the parties filed a stipulation to extend the date of the case management conference, which this Court granted.  To date, the case has not been administratively resolved.

JOINT CASE MANAGEMENT STATEMENT
C06-5414 JL                                          2

Date: June 8, 2007                        Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                              /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Date: June 8, 2007                        /s/
                                            ROBERT VOLZ
                                            Saad Ahmad & Associates
                                            Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order. The Case Management Conference has been continued to August 15, 2007 at 10:30 a.m.   IT IS SO ORDERED.

Date:   June 11, 2007

                                            JAMES LARSON
                                            United States Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED / Judge James Larson]*