SCOTT N. SCHOOL, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALID YOUSEF OBEID,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALBERTO GONZALES, Attorney General of the United States, *et al.*,<br><br>　　　　Defendants. | No. C 06-5414 JL<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

　　Each of the parties shall bear their own costs and fees.

Date: September 11, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　         /s/
　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Stipulation to Dismiss
C06-5414 JL　　　　　　　　　　　　　　1

1

2  Date: September 7, 2007                          /s/
                                          ROBERT L. VOLZ
3                                         Attorney for Plaintiff

4                            **ORDER**

5     Pursuant to stipulation, IT IS SO ORDERED.

6
    Date:    September 13, 2007              _____
7                                            JAMES LARSON
                                             United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C06-5414 JL                              2